UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO G. ANGUIANO,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>Defendants. | Case No. 19-cv-02039-SI<br><br>**REFERRAL FOR RELATED CASE DETERMINATION** |

Pursuant to Northern District of California Civil Local Rule 3-12(c), this case is hereby REFERRED *sua sponte* to the Honorable Lucy H. Koh for consideration of whether the case is related to *Ruiz v. Diaz*, Case No. 19-cv-1928 LHK. The cases appear to assert the same or similar claims against the same or similar Defendants.

The clerk shall file a copy of this order in Case No. 19-cv-1928 LHK.

**IT IS SO ORDERED**.

Dated: April 17, 2019

_____
SUSAN ILLSTON
United States District Judge